**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-7401**

JEFFREY ASKANAZI, M.D.,

                                    Plaintiff - Appellant,

        versus

BRYAN  BLEDSOE;  CAPTAIN  KIDDE;  LIEUTENANT
JOHNSON,  S.I.S.;  RON  HAMMOND,  Doctor,  FCI
Morgantown; OFFICER CUTRIGHT, FPC Beckley,

                                    Defendants - Appellees.

Appeal  from  the  United  States  District  Court  for  the  Northern
District  of  West  Virginia,  at  Clarksburg.   Irene  M.  Keeley,  Chief
District Judge.  (CA-00-148-1)

Submitted:  January 17, 2002        Decided:  January 28, 2002

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jeffrey  Askanazi,  Appellant  Pro  Se.   Helen  Campbell  Altmeyer,
OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for
Appellees.

Unpublished  opinions  are  not  binding  precedent  in  this  circuit.
See Local Rule 36(c).

PER CURIAM:

Jeffrey Askanazi, M.D., appeals the district court's order denying relief on his <u>Bivens</u> complaint.[*]  We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Askanazi v. Bledsoe</u>, No. CA-00-148-1 (N.D.W. Va. Aug. 7, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Because Appellant is a federal prisoner, we construe this action as brought pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).